664

Nos. 459 and 460.   DRAKE ET AL. v. METROPOLITAN LIFE INSURANCE CO. ET AL.   November 25, 1935.

No. 10.   HELVERING, COMMISSIONER OF INTERNAL REVENUE, v. CITY BANK FARMERS TRUST CO., TRUSTEE. December 9, 1935.   *Ante,* p. 85.

No. 24.   McFEELY v. COMMISSIONER OF INTERNAL REVENUE;
No. 110.   UNITED STATES v. FIRST NATIONAL BANK OF BOSTON ET AL.;
No. 111.   HELVERING, COMMISSIONER OF INTERNAL REVENUE, v. LEE;
No. 439.   RAND v. HELVERING, COMMISSIONER OF INTERNAL REVENUE; and
No. 494.   DIBBLEE v. COMMISSIONER OF INTERNAL REVENUE.   December 9, 1935.   *Ante,* p. 102.

No. 26.   McCANDLESS, RECEIVER, v. FURLAUD ET AL. December 9, 1935.

No. 34.   BORAX CONSOLIDATED, LTD. ET AL. v. LOS ANGELES.   December 9, 1935.   *Ante,* p. 10.

No. 146.   HOLMAN ET AL. v. GULF REFINING CO. ET AL. December 9, 1935.

No. 514.   WASHBURN CROSBY CO. v. NEE.   December 9, 1935.

No. 531.   GEORGE ALLISON & CO., INC. ET AL. v. UNITED STATES ET AL.   December 9, 1935.

No. 542.   ASIATIC PETROLEUM CO., LTD. v. COMMISSIONER OF INTERNAL REVENUE.   December 23, 1935.

No. 264.   STANDARD WHOLESALE PHOSPHATE & ACID WORKS, INC. v. GENERAL CHEMICAL CO.   December 23, 1935.